139 A.3d 1145

IN THE MATTER OF DAVID A. DORFMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 043271991).

July 7, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–159, concluding that as a matter of reciprocal

discipline pursuant to *Rule* 1:20–14, **DAVID A. DORFMAN** of **PRINCETON,** who was admitted to the bar of this State in 1991, should be suspended from the practice of law for a period of one year based on discipline imposed in New York that in New Jersey violates *RPC* 3.3(a)(1) (false statement of material fact or law to a tribunal), *RPC* 8.4(b) (commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further determined that the term of suspension should be retroactive to January 23, 2012;

And good cause appearing;

It is ORDERED that **DAVID A. DORFMAN** is suspended from the practice of law for a period of one year, retroactive to January 23, 2012, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.